UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

VIOLETA T GARCIA                                      Bk. No. 15-10887-RAM
A/K/A VIOLETA GARCIA

                                                      Chapter 13

          Debtor

_____/

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned counsel enters its appearance for **U.S. Bank Trust National Association, Not in Its Individual Capacity But Solely as Owner Trustee for Newlands Asset Holding Trust,** a creditor and/or party in interest ("the Creditor"), with regards to its Mortgage recorded February 16, 1994, Book 16249 and Page 360 on the real property, located at 2927 NORTHWEST 99TH STREET, MIAMI, FL 33147-2029 in the above captioned bankruptcy matter, and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code, demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or otherwise which affect or seek to affect in anyway any of the Creditor's rights or interest, with respect to the Debtor or the property on which Creditor holds a mortgage lien.

PH # 63536

## **CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)**

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the court set forth in Local Rule 2090-1(A).

January 23, 2015

/s/ Steven Gaddy, Esquire
Steven Gaddy, Esq., Florida Bar No. 0108044
Phelan Hallinan Diamond & Jones, PLC
2727 West Cypress Creek Road
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext.
Fax: 954-462-7001
FLSD.bankruptcy@phelanhallinan.com

PH # 63536                                            2

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent electronically or via US Mail to the following:

VIOLETA T GARCIA
A/K/A VIOLETA GARCIA
2927 NW 99TH STREET
MIAMI, FL 33147-2029

ROBERT SANCHEZ, ESQ.
355 W 49 ST.
HIALEAH, FL 33012

NANCY K. NEIDICH, (TRUSTEE)
POB 279806
MIRAMAR, FL 33027

January 23, 2015

/s/ Steven Gaddy, Esquire
Steven Gaddy, Esq., Florida Bar No. 0108044
Phelan Hallinan Diamond & Jones, PLC
2727 West Cypress Creek Road
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext.
Fax: 954-462-7001
FLSD.bankruptcy@phelanhallinan.com

PH # 63536