UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:   Violeta Garcia                                    Case No: 15-10887-RAM
                                                           Chapter 13
            Debtor
_____/

## MOTION TO REINSTATE CHAPTER 13 CASE AND CERTIFICATE OF FUNDS

COMES NOW the Debtor, Violeta Garcia, by and through her undersigned counsel and files this Motion to Reinstate Chapter 13 Case and as grounds therefore state the following:

1. On January 16, 2015 the debtor filed a Chapter 13 bankruptcy case.

2. On June 17, 2015 debtor's first amended plan was confirmed.

3. On October 28, 2015, the Mediator in the MMM filed the Final Report stating that an agreement was not reached.

4. On November 9, 2015, the court dismissed the case for failure make post-confirmation plan payments.

5. Simultaneously with the filing of this motion, a Motion to Modify the Confirmed Chapter 13 Plan is being filed.

6. Debtor has provided undersigned counsel with funds in the form of a cashier's check that brings her current with her First Modified Chapter 13 plan as of the date of the instant motion.

7. Undersigned is holding funds in the amount of $1,600 that makes the debtor current and shows the Debtor's good faith (Exhibit "A").

**WHEREFORE**, undersigned respectfully requests that this Court enter an Order Granting Debtor's Motion to Reinstate Chapter 13 Case.

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that this 10th day of December 2015 a true and correct copy of the foregoing was sent via CM/ECF to Chapter 13 Trustee, Nancy Neidich, Trustee and to all creditors on the service list via first class mail.

>
> Robert Sanchez, Esq.
> 355 West 49th St
> Hialeah, FL 33012
> Tel. (305)-687-8008
>
> By: */s/ Robert Sanchez*
> Robert Sanchez, Esquire

2