

UNITED STATES POSTAL SERVICE

Serial Number: 23337480576

Pay To: Nancy Neighich, Trustee
Address: P.O. Box 2099
Memphis, TN 38101

Memo: Case # 15-10884

Post Office: 33014
From: Violeta Garcia
Address: 2927 NW 99 4st
Miami, FL 33147

POSTAL MONEY ORDER
One Thousand Dollars and 00/100
$1,000.00

ENDORSEMENT SIGNATURE

WARNING-CASHIER
REQUIRE POSITIVE IDENTIFICATION
HOLD TO LIGHT AND CHECK FOR
BENJAMIN FRANKLIN WATERMARK AND SECURITY THREAD.

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS



_____

ENDORSEMENT SIGNATURE

_____

WARNING-CASHIER
REQUIRE POSITIVE IDENTIFICATION
HOLD TO LIGHT AND CHECK FOR
BENJAMIN FRANKLIN WATERMARK AND SECURITY THREAD.

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS