UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Violeta Garcia                          Case No: 15-10887-RAM
                                                 Chapter 13
        Debtor
_____/

## MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

**COME NOW,** the Debtor, Violeta Garcia, by and through her undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On January 16, 2015 the instant case was filed.

2. On June 17, 2015 debtor's first amended chapter 13 plan was confirmed.

3. On October 28, 2015, the Mediator in the MMM filed the Final Report stating that an agreement was not reached.

4. On November 9, 2015, the court dismissed the case for failure make post-confirmation plan payments.

5. Simultaneously with the filing of this motion, a Motion to Reinstate the Confirmed Chapter 13 Plan is being filed.

6. The Debtor wishes to cure and maintain the accelerated reverse mortgage on her homestead property and make good faith payments to her creditors.

7. Debtor has provided undersigned counsel with funds in the form of a cashier's check that brings her current with her First Modified Chapter 13 plan as of the date of the instant motion.

8. Undersigned is holding funds in the amount of $1,600 that makes the debtor current and shows the Debtor's good faith (Exhibit "A").

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 10th day of December 2015:  to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Streer
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
     Robert Sanchez, Esq., FBN#0442161