UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
Violeta T Garcia,                                              Case No. 15-10887-RAM
    Debtor.                                                    Chapter 13
_____/

## MOTION TO REALLOCATE FUNDS DISBURSED BY THE CHAPTER 13 TRUSTEE

**COMES NOW**, Debtor, Violeta T Garcia, (hereinafter "Debtor") by and through the undersigned counsel, and files this Motion to Reallocate Funds Disbursed by the Chapter 13 Trustee (hereinafter "Motion"), and states as follows:

1. The Debtor filed her voluntary petition under Chapter 13 of the United States Bankruptcy Code on January 16, 2015.

2. The First Amended Chapter 13 Plan ("1AP") was confirmed on June 17, 2015 (ECF #43).

3. Under the 1AP, Debtor proposed to pay MMM payments to RoundPoint Mortgage Servicing Corp. / U.S. Bank Trust, N.A. (hereinafter "RoundPoint") [Claim #5] of $612.87 per month and unsecured creditors $8.94 for months 1 to 60.

4. The Debtor was attempting the MMM program on her homestead property on a mortgage that was already accelerated and will mature on March 1, 2019, within the five-year life of the plan.

5. Unfortunately, on October 28, 2015, the Mediator uploaded the Final Report stating that an agreement was not reached.

6. The total amount owed to RoundPoint is $61,834.91 as stated in its proof of claim #5.

7. On December 10, 2015, Debtor filed a Motion to Modify to propose a First Modified Plan ("1MP") to cure the already accelerated mortgage; however, the Trustee informally objected to the 1MP since $2,544.17 was disbursed to RoundPoint as "regular payments" and not as "mortgage arrears payments."

8. To overcome the Trustee's objections, a Second Amended Plan has been filed along with the instant Motion to reallocate the funds paid to RoundPoint from "regular payments" to "mortgage arrears payments."

9. This way, the amounts paid to RoundPoint will go towards the accelerated mortgage amount.

10. The Debtor requests that this Court reallocate the $2,544.17 disbursed to RoundPoint as "regular payments" to "mortgage arrears payments," overrule any objection that the Trustee may have, and approve the Second Amended Plan.

**WHEREFORE**, the Debtor, requests that this Motion be granted and order that the Chapter 13 Trustee allocate $2,544.17 of the funds disbursed to RoundPoint as mortgage arrearage payments, overrule any objection by the Trustee to the Motion to Modify, confirm the Debtor's Second Modified Plan, and any other relief this Court deems just and necessary under the circumstances.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 10th day of February 2016: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Streer
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
   Robert Sanchez, Esq., FBN#0442161