

**ORDERED in the Southern District of Florida on March 21, 2016.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:    Violeta T Garcia                                    Case No: 15-10887-RAM
                                                              Chapter 13

            Debtor            /

### ORDER GRANTING MOTION TO REALLOCATE FUNDS DISBURSED BY THE CHAPTER 13 TRUSTEE

**THIS MATTER** came on to be heard on  March 8, 2016  on the Debtor's Motion to Reallocate Funds Disbursed by the Chapter 13 Trustee [ECF #66] and based on the record, it is

ORDERED as follows:

1. The Motion is GRANTED.

2. The Chapter 13 Trustee ("Trustee") disbursed $2,544.17 to RoundPoint Mortgage Servicing Corp. / U.S. Bank Trust, N.A. ("RoundPoint") during months one through ten of the Debtor's Chapter 13 Plan.

3. The Trustee's ledger currently classifies the disbursement as a regular mortgage payment of RoundPoint's secured claim.

1. The Trustee's ledger shall reallocate $2,544.17 of the funds disbursed toward RoundPoint's secured claim as mortgage arrears payments.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.