IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:         Violeta T. Garcia

                                                Case No:      15-10887-RAM
                                                              Chapter 13

        Debtor.
_____/

## EX-PARTE MOTION TO AMEND ORDER [RE: DE#72] GRANTING MOTION TO REALLOCATE FUNDS DISBURSED BY THE CHAPTER 13 TRUSTEE

      **COMES NOW,** the Debtor, Violeta T. Garcia, by and through undersigned counsel, and files this Ex-Parte Motion to Amend Order Granting Motion to Reallocate Funds Disbursed by the Chapter 13 Trustee in order to correct a scrivener's error and in support thereof would state as follows:

1. Debtor filed for bankruptcy relief on January 16, 2015.
2. On February 10, 2016, Debtor filed a Motion to Reallocate Funds Disbursed by the Chapter 13 Trustee [ECF#66] so that the Trustee could disburse payments to Roundpoint Mortgage / U.S. Bank Trust, N.A. [Claim#5] (herein "Secured Creditor") from "regular mortgage payments" to "mortgage arrears payments."
3. However, the mortgage was previously accelerated and the full amount is due according to Proof of Claim #5.
4. The aforementioned order contained a scrivener's error within its body, specifically in the last paragraph as it stated that the Trustee's ledger would reallocate the funds disbursed toward the Secured Creditor as "mortgage arrears payments."
5. In the interest of clarity, the Debtor moves to amend the Order to change only the language from "mortgage arrears" and "mortgage arrears payments" to "payoff amount" and "payoff payments."
6. The undersigned has uploaded a Third Modified Plan with language conforming to this motion and attached a proposed order correcting said error.
7. This motion is made in good faith and not for the purpose of delay.

    **WHEREFORE,** the Debtor respectfully requests that this Court grant this Ex-Parte Motion to Amend Order Granting Motion to Reallocate Funds Disbursed by the Chapter 13 Trustee and for such further relief as this Honorable court deems necessary and just.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Ex-Parte Motion to Amend was sent via CM/ECF to: Nancy Neidich, Chapter 13 Trustee, Post Office Box 279806, Miramar, Florida 33027 and to all creditors of record by regular mail this 29th day of March 2016.

Robert Sanchez, Esq.
355 West 49 Street
Hialeah, FL 33012
Tel. (305)-687-8008

By: */s/ Robert Sanchez*
Robert Sanchez, Esquire
FBN#0442161