UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Division: Miami

CASE NO: 15-10887-BKC-RAM
CHAPTER 13

IN RE:
VIOLETA T. GARCIA,

        DEBTOR(S).
_____/

Ex-Parte Motion to Amend the Order Granting Motion To Modify Plan And Approving Second Modified Chapter 13 Plan dated March 17, 2016(DE #71)

    Nancy K. Neidich, Chapter 13 Trustee moves this Court to Amend the Order Approving Second Modified Chapter 13 Plan as a Third Modified Chapter 13 Plan which corrects a typographical error has been filed.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was mailed by postage prepaid mail to the following parties on the 31st day of March 2016.

                                      /s/
                          NANCY K. NEIDICH, ESQUIRE
                          STANDING CHAPTER 13 TRUSTEE
                          P.O. BOX 279806
                          Miramar, Florida  33027-4166
                          Telephone: (954) 443-4452

COPIES FURNISHED TO:

Violeta T Garcia
2927 NW 99th Street
Miami, FL 33147-2029

Robert Sanchez, Esq. (ECF)