**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**FOURTH Modified plan**

DEBTOR: Violeta Garcia          JOINT DEBTOR:                          CASE NO.: 15-10887-RAM
Last Four Digits of SS# 2114          Last Four Digits of SS# 

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 703.32 for months 1 to 21 ; in order to pay the following creditors:
    B.    $ 1,536.91 for months 22 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650+1800 (MMMotion) + $525 (Motion to modify) + $525
    (Motion to modify)  TOTAL 6500 PAID $ 2000
    Balance Due $ 4500    payable $ 49.79/month (Months 1 to 21)
    payable $88.58 /month (Months 22 to 60)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Roundpoint Mortgage / U.S. Bank Trust, N.A.[POC#5]  Total Payoff Amount: $61,834.91
Address: 5032 Parkway Plaza Blvd
Charlotte, NC 28217          MMM / Payoff Payment     $ 565.76/month (Months 1 to 21)
Account No: xxx4801          Payoff Payment          $ 1,280.88/month (Months 22 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None          Total Due $_____
    Payable   $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 0.00/month (Months 1 to 21); and Pay $ 13.76/month (Months 22 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date. Debtor is <u>paying off</u> the accelerated <u>mortgage</u> with Roundpoint Mortgage / U.S. Bank Trust, N.A. [Claim#5] on the property at 2927 NW 99th Street, Miami, FL 33147-2029 after an agreement was not reached at MMM. There are no maintenance payments on the <u>accelerated</u> mortgage. Thus in other words, the Debtor is <u>paying off</u> the RoundPoint Mortgage, which in an accelerated mortgage, is the entire mortgage balance.

Other Provisions Not Included Above: The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/ Robert Sanchez, Esq.
Attorney for Debtor          Joint Debtor
Date: 11/14/2016          Date:

LF-31 (rev. 01/08/10)