**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:     Violeta T Garcia                                Case No.   15-10887-RAM
           aka Violeta Garcia


**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P.,of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for Carisbrook Asset Holding Trust c/o RoundPoint Mortgage Servicing Corporation | U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for Kingsmead Asset Holding Trust c/o RoundPoint Mortgage Servicing Corporation |
| Name of Transferee | Name of Transferor |

Name and Address where notices to
transferee should be sent:

RoundPoint Mortgage Servicing Corporation
5016 Parkway Plaza Blvd.
Buildings 6 & 8
Charlotte, NC 28217

Court Claim #5
Amount of Claim: $61,834.91
Date Claim Filed: 05/20/2015

Phone:   (877) 426-8805                          Phone:   (877) 426-8805
Last Four Digits of Acct #:   4801               Last Four Digits of Acct #:   4801

Name and Address where transferee
payments should be sent (if different from
above):

RoundPoint Mortgage Servicing Corporation
P.O. Box 19409
Charlotte, NC 28219-9409

Phone:   (877) 426-8805

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By:   /s/ Brenda Carpenter                        Date:   8/19/2019
        Transferee/Transferee's Agent
        brenda.carpenter@phelanhallinan.com

BANKRUPTCY CASE NO.:  15-10887-RAM

Chapter 13

CERTIFICATE OF SERVICE

      I, Stefan Beuge, Esq., Florida Bar No. 68234, certify that I am over the age of 18 and that a copy of the foregoing TRANSFER OF CLAIM was served upon the following persons or entities via first class mail, U.S. Mail or electronic notification:

Violeta T Garcia
aka Violeta Garcia
2927 NW 99th Street
Miami, FL 33147-2029

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich (Trustee)
POB 279806
Miramar, FL 33027

U.S. Trustee (Served Electronically)
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

Dated:   8/19/2019                                By:  /s/ Brenda Carpenter, Esquire
                                                                Brenda Carpenter, Esq.
                                                                Florida Bar No. 108351
                                                                Phelan Hallinan, PLC
                                                                2001 NW 64th Street, Suite 100
                                                                Fort Lauderdale, FL 33309
                                                                Tel: (954) 462-7000 56588
                                                                Fax: (954) 462-7001
                                                                Email: stefan.beuge@phelanhallinan.com
                                                                brenda.carpenter@phelanhallinan.com