

**ORDERED in the Southern District of Florida on April 7, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

VIOLETA T GARCIA                                   Case No. 15-10887-RAM
A/K/A VIOLETA GARCIA,                              Chapter 13

    Debtor

_____/

**AGREED ORDER GRANTING MOTION FOR RELIEF FROM STAY FILED BY U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR CARISBROOK ASSET HOLDING TRUST**

THIS CASE is scheduled for hearing on April 7, 2020, upon the Motion for Relief from Stay filed by U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR CARISBROOK ASSET HOLDING TRUST (Docket No. 105). Based upon the record, both parties agree it is:

**ORDERED:**

1. Secured Creditor's Motion for Relief from the Automatic Stay is Granted *in rem*.

2. The automatic stay imposed by 11 U.S.C. § 362 is lifted with respect to real property located at:

**Lot 8, BLOCK 91, AMENDED PLAT OF THE TROPICS ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 10 PAGE 17 OF THE PUBLIC RECORDS OF DADE COUNTY, FLORIDA.**

**PROPERTY ALSO DESCRIBED AS:**
**2927 N. W. 99TH STREET, MIAMI, FL 33147**

3. This Order lifting the automatic stay is entered for the sole purpose of allowing Secured Creditor to pursue its lawful *in rem* remedies as to the above-described property and said creditor shall neither seek nor obtain an *in personam* judgment against the Debtor(s).

4. Debtor may communicate directly with Movant to pay off the remaining escrow advance in the amount of $29,268.97.

5. The request for attorney's fees and costs for the prosecution of its Motion for Relief from the Automatic Stay are denied.

6. All communications sent by Secured Creditor in connection with proceeding against the property including, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to the Debtor(s).

7. The Movant's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

# # #

| | |
|---|---|
| /s/Stefan Beuge | /s/Jose A. Blanco |
| Stefan Beuge, Esq., Florida Bar No. 68234 | Jose A. Blanco, Esq. |
| Phelan Hallinan Diamond & Jones, PLLC | Robert Sanchez & Associates, P.A. |
| 2001 NW 64th Street | 355 West 49th Street |
| Suite 100 | Hialeah, Florida 33012 |
| Ft. Lauderdale, FL 33309 | Tel: (305) 687-8008 |
| Tel: 954-462-7000 Ext. 56588 | Fax: (305) 512-9701 |
| Fax: 954-462-7001 | Email: jblanco@bankruptcyclinic.com |
| Email: stefan.beuge@phelanhallinan.com | |
| FLSD.bankruptcy@phelanhallinan.com | |

**Submitted by:**
Stefan Beuge, Esq., Florida Bar No. 68234
Phelan Hallinan Diamond & Jones, PLLC
2001 NW 64th Street
Suite 100
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext. 56588
Fax: 954-462-7001
Email: stefan.beuge@phelanhallinan.com
FLSD.bankruptcy@phelanhallinan.com

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).