**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                                Case No. 15-10887-RAM
                                                                      Chapter 13
Violeta T Garcia

_____Debtor(s)._____/

**DEBTOR'S MOTION TO DEEM MORTGAGE OF U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR CARISBROOK ASSET HOLDING TRUST C/O ROUNDPOINT MORTGAGE SERVICING CORPORATION PAID IN FULL AS OF SEPTEMBER 24, 2020**

COMES NOW the Debtor, Violeta T Garcia, by and through the undersigned counsel, and files this Motion to Deem Mortgage of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR CARISBROOK ASSET HOLDING TRUST C/O ROUNDPOINT MORTGAGE SERVICING CORPORATION (HEREIN "CREDITOR") PAID IN FULL as of September 24, 2020 in accordance with the Chapter 13 Plan and in support thereof states as follows:

1. This case was filed on January 16, 2015.

2. The Debtor owns the real property located at 2927 NW 99th Street, Miami, FL 33147-2029.

3. The Debtor filed a Chapter 13 Plan, which treats Creditor as a secured creditor and not as a cure and maintain plan, but as to pay off the full amount at the life of the plan.

4. The Confirmed Plan paid Creditor the payoff amount during the life of the plan up to and including the last payment due on February 16, 2020.

5. On January 24, 2020, Creditor filed its Motion for Relief from the Automatic Stay for Failure to Pay Post Petition Escrow Payments stating that the "[l]oan matured March 2019 and Debtor has <u>paid off the entire loan amount</u>." (emphasis added).

6. However, the same Creditor's Relief Motion stated that "[a]s of December 20, 2019, the Debtor's loan is in default for the escrow advances in the amount of $29,268.97."

7. On April 7, 2020, this Court entered the Agreed Order on the Relief Motion (herein "Agreed Order") decreeing that the remaining escrow advance balance was for a total of $29,268.97.

8. Subsequently, the Debtor submitted to the Creditor the proceeds from her homestead's homeowner's insurance claim for a total sum of $33,000.00 with instructions to use the loss draft funds to pay off the mortgage balance.

9. Since the amount submitted to the Creditor is greater than the amount owed as per the Agreed Order, the Debtor is presenting this instant Motion to determine as such and that the full mortgage has been extinguished.

10. No payments for insurance, taxes, or any escrows that were paid by the Creditor after the insurance check was received by the Creditor should be

charged to the Debtor's account since the loan was paid off at the time the Creditor received the check.

11. The Debtor also requests that the Creditor cancel all insurance policies and expenses on the property since the property has been paid in full and stop passing on the costs to the Debtor.

12. The Debtor has incurred reasonable attorney's fees in brining and prosecuting the instant motion and by attempting to contact the Creditor multiple times to no avail.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order Deeming that the mortgage held by Creditor at Proof of Claim #5 paid in full and fully satisfied, awarding reasonable attorney's fees and costs to the Debtor, and any and all other relief that is just.

**Certificate of Admission**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in local Rule 910 (D) (1) and (2).

**Certificate of Service**

I HEREBY CERTIFY that a true copy of the foregoing motion and notice of hearing was served upon all parties on the attached list on September 24, 2020 via regular mail.

Respectfully submitted,
Robert Sanchez, Esq.
355 West 49th Street
Hialeah, FL 33012
Tel. (305)-687-8008
By:___/s/ Robert Sanchez_____
Robert Sanchez, Esquire
FBN#0442161