UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Violeta T Garcia                                     Case No. 15-10887-RAM

          Debtor(s).                                Chapter 13

_____/

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Deem Mortgage Paid In Full and Notice of Hearing was sent to all parties on the attached service list on September 24, 2020.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Violeta T Garcia
2927 NW 99th Street
Miami, FL 33147-2029

Roundpoint Mtg
5032 Parkway Plaza Blvd
Charlotte, NC 28217

U.S. Bank Trust N.A. et al.
RoundPoint Mortgage Servicing Corp.
5016 Parkway Plaza Blvd.
Buildings 6 & 8
Charlotte, NC 28217

Phelan Hallinan Diamond & Jones, PLLC
c/o Stefan Beuge, Esq.,
2001 NW 64th Street, Suite 100
Ft. Lauderdale, FL 33309

                               Respectfully Submitted:

                               **ROBERT SANCHEZ, P.A.**
                               Attorney for Debtor
                               355 West 49th Street
                               Hialeah, FL 33012
                               Tel. 305-687-8008

                               By:*/s/ Robert Sanchez*_____
                               Robert Sanchez, Esq., FBN#0442161