

**ORDERED in the Southern District of Florida on October 21, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                                                    Case No. 15-10887-RAM
Violeta T Garcia,                                                              Chapter 13

      Debtor.          /

### ORDER GRANTING DEBTOR'S MOTION TO DEEM MORTGAGE OF U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR CARISBROOK ASSET HOLDING TRUST C/O ROUNDPOINT MORTGAGE SERVICING CORPORATION PAID IN FULL AS OF SEPTEMBER 24, 2020

THIS CAUSE came to be heard on  October 20, 2020 at 9:00 AM  on the consent calendar upon the Debtor's Motion to Deem Mortgage of U.S. Bank Trust, N.A., not in its Individual Capacity but Solely as Owner Trustee for Carisbrook Asset Holding Trust c/o Roundpoint Mortgage Servicing Corporation (herein "Creditor") Paid in Full as of September 24, 2020 (the "Motion") (D.E. #125).  There being no objections, based on the record it is

**ORDERED**:

    1.      The Debtor's Motion to Deem Creditor's Mortgage Paid in Full is GRANTED.

2. The Debtor's mortgage with U.S. Bank Trust, N.A., not in its Individual Capacity but Solely as Owner Trustee for Carisbrook Asset Holding Trust c/o Roundpoint Mortgage Servicing Corporation for the real property located at 2927 NW 99th Street, Miami, FL 33147-2029 recorded at Clerk's File: 1994R78253 on February 16, 1994 found in Book 16249, Page 3607 in the Official Records of Miami-Dade County, Florida is deemed to be paid off, fully satisfied, and extinguished.

3. The real property is more accurately described as:

LOT 8 BLK 91, Amended Plat of the Tropics According to the Plat Thereof Recorded in Plat Book 10, Page 17 of the Public Records of Dade County, Florida. LOT SIZE 50.000 X 140, OR 20256-3315 0102 5

4. Any payments for insurance, taxes, or any escrows that were paid by the Creditor after the insurance check was received by the Creditor shall not be charged to the Debtor's account since the loan was paid off at the time the Creditor received the check.

5. The Creditor shall cancel all insurance policies and shall cease accumulating expenses on the property since the property has been paid in full.

# # #

Robert Sanchez, Esq. is directed to serve copies of this order on all interested parties and file a certificate of service with the Clerk of the Court.

Respectfully submitted by:
Robert Sanchez, Esq. FBN#0442161
355 West 49th Street
Hialeah, FL 33012
Tel. (305)-687-8008