| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | VIOLETA T GARCIA AKA VIOLETA GARCIA |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the Southern District of Florida (state) | |
| Case number | 15-10887-RAM |

Form 4100R
# Response to Notice of Final Cure Payment    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage information

**Name of creditor:** U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for Carisbrook Asset Holding Trust

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 4801

**Property address:** 2927 NW 99TH Street
MIAMI, FL 33147

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 11/01/2020 (MM/DD/YYYY)

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/_____ (MM/DD/YYYY)

| | | | |
|---|---|---|---|
| Debtor 1 | VIOLETA T GARCIA AKA VIOLETA GARCIA | Case Number (if known) | 15-10887-RAM |
| | First Name  Middle Name  Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ReShaundra M. Suggs
Signature

Date 10 / 15 / 2020

Print: ReShaundra M. Suggs, Esq.  Florida Bar No. 77094
       First Name    Middle Name    Last Name

Title: Attorney for Secured Creditor

Company: Choice Legal Group, P.A.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: P.O. Box 771270
         Number    Street

Coral Springs, FL 33077
City    State    ZIP Code

Contact phone (954) 453-0365 / 1-800-441-2438

Email reshaundra.suggs@clegalgroup.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Response to Notice of Final Cure Payment was delivered to the addressees on the listed below by First Class U.S. Mail postage pre-paid and/or electronic mail this   15th   day of  October  , 20 20  

U.S. TRUSTEE
OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

NANCY K. NEIDICH, TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027

VIOLETA T GARCIA
2927 NW 99TH STREET
MIAMI, FL 331472029

ROBERT SANCHEZ, ESQ
355 W 49 ST.
HIALEAH, FL 330120000

                                        Choice Legal Group, P.A.
                                        P.O. Box 9908
                                        Fort Lauderdale, FL 33310-0908
                                        Telephone: (954) 453-0365/1-800-441-2438
                                        Facsimile:   (954) 771-6052
                                        reshaundra.suggs@clegalgroup.com

                                        By:  /s/ReShaundra M. Suggs
                                        ReShaundra M. Suggs, Esq.
                                        Bar Number: 77094

20-01336